United States District Court
P.O. Box 419
Newark, N.J. 07101-0419

January 28, 2008

RE: Marilyn Manson, Inc, et als., vs NEW JERSEY SPORTS & EXPOSITION AUTHORITY.

Civ. No. 97-2229.

Dear Clerk of Court:

Would you please send me a copy of the above-captioned docket record. And inform me how much money I should send you so I can purchase a copy of this complaint.

Thank you for your consideration to my request.

Sincerely;

Michael R. Hamlin
807 Cushing Road
Warren, Maine 04864

Return After 5 Days to:
Maine State Prison
807 Cushing Road
Warren, Maine 04864-4600

This correspondence is forwarded from the Maine State Prison-Warren. The contents have not been evaluated and the Maine State Prison-Warren is not responsible for the substance or content of the enclosed communication.